# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136822

ELLIOT CHRISTOPOULOS,
      Plaintiff-Appellant,

v

ALLAN DEAN SOCALL,
      Defendant-Appellee,

and

KATHERINE SOCALL,
      Defendant.

SC: 136822
COA: 277611
Wayne CC: 05-534758-NI

_____/

On order of the Court, the application for leave to appeal the May 29, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

p0120